**Victor HAYES, Plaintiff—Appellant,**

v.

**Elaine CHAO, Secretary, United States Department of Labor, Defendant— Appellee.**

No. 05–1049.

United States Court of Appeals, Fourth Circuit.

Submitted: March 24, 2005.

Decided: March 31, 2005.

Victor Hayes, Appellant pro se.

Kristine L. Sendek Smith, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Victor Hayes appeals the district court's order dismissing his employment discrimination complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hayes v. Chao,* No. CA–03–3591–RWT (D. Md. filed Sept. 20, 2004 & entered Sept. 21, 2004).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*